UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff:** Jewelry 47, Inc

Case No. 07 CIV 8272

-v-

**Defendant:** Larry Biegler and Diane Tillman, Elohim Finckl Inc

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Jewelry 47, Inc (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 9/24/07

Signature of Attorney
Peter S Gordon
Attorney Bar Code: PSG 0068

Form Rule7_1.pdf