UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEWELRY 47, INC

                Plaintiff,

      -against-

LARRY BIEGLER and ELOHIM FINANCIAL
AND DIONE TILLMAN,

                Defendant.
------------------------------------------------------------X

Index No. 07-CIV-8272

**AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS**

STATE OF NEW YORK   }
                           }ss.:
COUNTY OF QUEENS   }

I, MICHELLE DEIS, being duly sworn, deposes and says:

I am not a party to this action; I am over 18 years of age and reside at the County of QUEENS, State of New York.

That on September 25, 2007, I served a true copy of the SUMMONS AND COMPLAINT, PROPOSED ORDER TO SHOW CAUSE, and MEMORANDUM OF LAW in the above-indicated action in the following manner:

a copy of same, in a sealed envelope, with postage pre-paid in a official depository under the care and custody of the Federal Express Overnight within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Mr. Larry Biegler
        5240 Edgewood Drive
        Paradise, CA 95969

        Elohim Financial, Inc.
        8350 Wilshire Boulevard
        Suite 200
        Beverly Hills, CA 90211

        Mr. Dione Tillman
        8350 Wilshire Boulevard
        Suite 200
        Beverly Hills, CA 90211

Dated: September 25, 2007

Sworn to before me this
25th day of September, 2007

_____
PETER S. GORDON
NOTARY PUBLIC STATE OF NEW YORK
NO. 41-4960394
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES DECEMBER 26, 2009

MICHELLE DEIS