UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWELRY 47, INC. | Case Number 07 CIV 8272 (PAC) |
| Plaintiff | **ORDER TO SHOW CAUSE** |
| -against- | **FOR PRELIMINARY INJUNCTION** |
| | **AND TEMPORARY RESTRAINING** |
| LARRY BIEGLER, DIONE TILLMAN AND | **ORDER** |
| ELOHIM FINANCIAL, INC. | |
| Defendants | |

UPON, the Affirmation of **GARY WEISS**, . Affirmed the 23rd day of September, 2007 and **JEFF DOWNEY** Affirmed the 22nd day of September, 2007 and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 20-C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, On the 2l day of October 2007 at 3:30 P.M. in the afternoon thereof, in Room 20 C or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure appointing a Receiver, pendente lite, to take possession of the Bahia Emerald, to supervise any sale thereof and to distribute the proceeds thereof; and it is further

ORDERED that personal service of copy of this order and annexed affidavit upon the defendants or their counsel on or before Friday 9/28/2007 at 5PM PDT. shall be deemed good and sufficient service thereof. Service shall be in accordance with Rule 4 of the Fed. R. Civ. P.

DATED: New York, New York

ISSUED: at 3PM on Tuesday 9/25/2007

_____
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2007