

America, I have visited the emerald mines in Colombia, the Desert of Atacama in Chile, Argentina, amethyst mines in Uruguay, Peru, Venezuela and Brazil. In the European Continent, I have participated in trade shows and events in England, France, Spain, Holland, Germany, Brussels, Switzerland, Iran and Athens. Museums which I have visited include the Smithsonian in Washington, The British Museum, The Royal Geological Museum, and others in England.

- I had the opportunity to visit the collection which belonged to Reza Parlevi in Iran and was a supplier to the shah of several gems and other pieces of inestimable value.

- Consultant to private groups and Brazilian firms.

- Presently, I act as a technical expert in gemstones in the courts of São Paulo and Brazil.

Owing to the experience I have accumulated over the years, I have set up an office for the testing and evaluation of gems and jewels at *Largo do Arouche, 96, sala 91, São Paulo, SP, (zip code) 01219-010, Brazil*. My telephone number is (55-11) 221-7511 and 3334-0962.

*Dimitri Paraskevopulos*











Compose Mail
sldias
spoof
Inbox (4540)
Starred
Chats
Labels
Sent Mail
Drafts (1)
Invite a friend
All Mail
Give Gmail to: Show all
Spam (37)

[Send Invite] 50 left
preview invite
▼ Quick Contacts

Search, add, or invite

● gary weiss
eastleigh.edito... ▼
Khail Rosenberg
Drinking gooood c...
marlene gillis
seesallygo
Angelita
e.richguy
Gaby Dibo
James Nelson
John Totten
kylehill8
Lindsay Dunham
milenita007
roche.ser
Ryan Mendes
saintxs
aludeo manjarrez
bjmotway
Bruce Thompson
enrico ferrero
frasaian34
gisella_larosa
james arnold
jayne_trc
Jewelry47
Joel Young
JXB THREE TWO...
Kahakauwila Sham
Kevin Dexter
khalid choukry
kikiof168
lauramayes@com...
lindaobrink
Mark Arroyo
milenita007
murphyvermont
Naim Hamud
Perry Dominguez
sandra pujol
shane mirise



Big_Emerald_-_Photo_3.JPG
350K View Download

📄 HISTORY_OF_BIG_EMERALD_ASSET.doc
24K View as HTML Open as a Google document Download

↩ Reply  → Forward

★ gary weiss to me        show details Jun 8  ↩ Reply
- Show quoted text -

5 attachments — Download all attachments View all images



Big_Emerald_-_Photo_1.JPG
352K View Download



Big_Emerald_Appraisal_-_Page_1.JPG
4384K View Download

Big_Emerald_Appraisal_-_Page_2.JPG
3880K View Download

Compose Mail
sidias
Inbox (4540)
spoof
Starred
Chats
Labels
Sent Mail
Drafts (1)
All Mail
Invite a friend
Spam (37)
Give Gmail to: Show all
Send Invite 50 left
preview invite
Quick Contacts
Search, add, or invite
gary weiss
eastleigh.edito...
Khail Rosenberg
Drinking gooood c...
marlene gillis
seesallygo
Angelita
e.richguy
Gaby Dibo
James Nelson
John Totten
kylehill8
Lindsay Dunham
milenita007
roche.ser
Ryan Mendes
saintxs
aludeo manjarrez
bjmotway
Bruce Thompson
enrico ferrero
frasalan34
gisella_larosa
james arnold
jayne_trc
Jewelry47
Joel Young
JXB THREE TWO...
Kahakauwila Sham
Kevin Dexter
khalid choukry
kikiof168
lauramayes@com...
lindaobrink
Mark Arroyo
milenita007
murphyvermont
Naim Hamud
Perry Dominguez
sandra pujol
shane mirise

From: diazinfante@comcast.net
To: garywiessinc@gmail.com
Date: Thu, 17 May 2007 03:10:45 +0000
Subject: world's largest emerald conglomerate

--

Gary Weiss
212-869-6385
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

**5 attachments** — Download all attachments View all images

**Big_Emerald_-_Photo_1.JPG**
352K View Download

**Big_Emerald_Appraisal_-_Page_1.JPG**
4384K View Download

**Big_Emerald_Appraisal_-_Page_2.JPG**
3880K View Download

Compose Mail
Mark Arroyo
Inbox (4540)    milenita007
Starred    murphyvermont
Chats    Naim Hamud
Sent Mail    Perry Dominguez
Drafts (1)    sandra pujol
All Mail    shane mirise
Spam (37)    sidias
Trash    spoof

Contacts
▶ Labels

▼ Quick Contacts
▼ Invite a friend
Search, add, or invite
Give Gmail to: Show all

[Send Invite] berenberg
preview invite gooood c...
marlene gillis
seesallygo
Angelita
e.richguy
Gaby Dibo
James Nelson
John Totten
kylehill8
Lindsay Dunham
milenita007
roche.ser
Ryan Mendes
saintxs
aludeo manjarrez
bjmotway
Bruce Thompson
enrico ferrero
frasalan34
gisella_larosa
james arnold
jayne_trc
Jewelry47
Joel Young
JXB THREE TWO...
Kahakauwila Sham
Kevin Dexter
khalid choukry
kikiof168
lauramayes@com...
lindaobrink
Mark Arroyo
milenita007
murphyvermont
Naim Hamud
Perry Dominguez
sandra pujol
shane mirise




Big_Emerald_Appraisal_-_Page_1.JPG
4384K View Download


Big_Emerald_Appraisal_-_Page_2.JPG
3880K View Download


Big_Emerald_-_Photo_3.JPG
350K View Download

📄 HISTORY_OF_BIG_EMERALD_ASSET.doc
24K View as HTML  Open as a Google document  Download

↩ Reply  → Forward  Invite diazinfante@comcast.net to Gmail

★ gary weiss to Jewelry47    show details May 19  ↩ Reply

- Show quoted text -
---------- Forwarded message ----------