

World's Largest Emerald Conglomerate Over 180,000 carat - (eBay item 950188565565 on...Pag...

Case 1:07-cv-08272-PAC    Document 6-3    Filed 10/02/2007    Page 2 of 7



Store Categories

Store home
Loose Diamonds
Diamond Engagement Rings
Diamond Wedding Rings
Diamond Bracelets
Diamond Earrings
Diamond Eternity Rings
Diamond Necklaces & Pendants
Engagement Ring Settings
Diamond Men's Rings
Gemstones
Diamond Lady's Rings
Loose Diamonds on Sale
Diamond Anniversary Rings
Pins & Broaches
Other Items

SEARCH our Store!

✦ Payments ✦ Return & Refund ✦ Shipping ✦ About Us ✦ Visit Our Store

# World's Largest Emerald Conglomerate Over 180,000 carat

[GO]

**D**iamonds

+ Engagement Rings
+ Wedding Ring
+ Eternity Rings
+ Earrings
+ Necklaces & Pendants
+ Bracelets
+ Ladies' Rings
+ Men's Rings
+ Anniversary Rings
+ Loose Diamonds, Investments
+ Loose Diamonds on Sale
+ Engagement Ring Settings
+ Clarity Enhanced Diamonds



Type of Gemstones:
Emeralds
Total Carat Weight of Gemstones:
180,000 carats
Our Price:
$ 75,000,000.00

**B**eautiful Items from **jewelry47**

 
(click to enlarge)    (click to enlarge)

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Item Description


engagement rings



10% of the sale price will go to benefit The American Institute for Cancer Research

## The Bahia Emerald

The Brazilian State of Bahia is known for many things, including sandy beaches, sea cliffs, mangrove swamps, and tropical islands. Bahia's coast is recognized worldwide as an area rich in culture and striking natural beauty, but travel westward into the state's interior region and you will find yourself surrounded by dense and rugged jungle. It is here, in the midst of unforgiving rainforest and wild beasts that the story of the

wedding rings


diamond earrings

**visit our eBay store NOW!**

**Bahia Emerald begins.**
On July 9, 2001, a miner in the Carnaiba Emerald
mine came upon the head of an unusually large
crystal protruding from black rock.   Within
minutes, everyone gathered around to watch one
of the veteran miners excavate the rock around
the crystal using a small pick and hammer.
Several hours later, they all stood around the
most awesome concentration of Emerald crystals
that anyone had ever seen.
Knowing that word of such a treasure could
cause unwanted attention, the mine supervisor
quickly assembled a team of his most trusted
miners with the purpose of moving the rock
containing the crystals to a safe place.   It took 8
men over 5 hours to move the 840 lb. rock to the
nearest clear trail.   There they assembled a team
of mules for a journey that would take them over
700 miles through unforgiving jungle and last
almost 11 months.   5 months into their journey,
their mules were attacked by a pair of black
panthers. Having no other choice, the 8 men built
a stretcher from wood and vines and carried the
rock by hand the rest of the way.
When the miners finally arrived in Sao Paulo on
April 20, 2002, they brought the rock to the Bank
of Brazil.   A world renowned gemologist was
brought in to appraise the find, and when he was
finished, announced that it was indeed one of a
kind.  Fearing that the rock could fall into the
wrong hands, it was immediately shipped to the
United States under heavy guard so that it could
be further examined by scientists and collectors.

All of our loose diamonds are available in any setting you would
like.  Click here to see our fine selection of handmade ring settings.
Simply call or email us with any questions.  To learn more about
Jewelry47's "Any size, any shape guarantee" click here.

## We Buy Diamonds:

If you have diamonds or diamond jewelry you would like to sell, email us at
*SellDiamonds@Jewelry47.com*.  Please include a copy of the
certificate if possible.  We can offer you the best price for your loose diamond
or diamond ring.

Diamonds on Sale: Click here to see our best deals which are updated
daily.  These are diamonds that we must sell and have marked down, in many
cases below our cost!

**All Natural Diamonds, No Clarity Enhancement:**

Here at Jewelry47, we do not carry Diamonds that are enhanced or altered in
any way.  All of our diamonds are natural, genuine, certified diamonds.  Any
seller who tries to sell enhanced diamonds without clearly stating so in both the
title and description of the item is dishonest and should be reported to eBay.

## Conflict-Free Diamonds

Jewelry47, along with the global diamond industry, has a zero-tolerance policy toward
conflict diamonds. Through measures such as the Kimberley Process, which tracks

diamonds from mine to market, the industry in partnership with the United Nations, governments, and non-governmental organizations, polices diamond exports to prevent the trade of illegal diamonds.

At Jewelry47, we only purchase diamonds through the largest and most respected suppliers who, like us, proudly adhere to and enforce the standards established by the Kimberley Process. All Jewelry47 diamonds are warrantied to be conflict free. If one of our suppliers was ever found to be in violation of that process, we would immediately sever that relationship. We will continue to support and promote any process that works to uphold legitimacy in the diamond trade.

Diamonds are mined throughout the world, including major mines in Australia, Africa, Russia and Canada. Diamonds are a major source of good in many African nations, employing and providing healthcare to thousands.

E-mail:

Sales@Jewelry47.com

Phone calls Monday-Saturday 10am-5pm:

212-869-6385

866-534-4747

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

   

## Payment

**These are our methods of payments:**



You can pay with any credit card via PayPal, wire transfers and GIFT CERTIFICATES. Please call for arrangements at (212)-869-6385 or (212) 869-9189. The item will be shipped to you along with an Appraisal done by a GIA graduate gemologist.

💬 This seller, jewelry47, prefers PayPal.


We also accept:
• Personal check
• Money order/Cashiers check
• Other - See Payment Instructions for payment methods accepted
• Visa/MasterCard, American Express, Discover

**The winning bidder will be contacted via email within 48 hours after the auction ends. At this time payment and shipping details for the item will be chosen by the bidder.**

*We won't ship items until payment is received in full and payment is verified.
*Please email for International Shipping Charges and Details, international shipping fees will be incurred by international buyers

back to top

## Return & Refund

We offer a "no questions asked" return and refund policy. If you are unsatisfied with your purchase for **any reason**, let us know within 3 days of receiving the item and return the item within 7 days. A refund for the purchase amount will be issued within 7-10 business days via the same method as it was received.*

\* In the case of special orders, extra charges incurred by us will be deducted from the refund amount. Special orders include but are not limited to special sizes and custom designs.

Shipping

**Free** UPS 2-day shipping on items over $500 in the United States (except AK and HI)
Next Day Air $ 40.00

For International shipping or other preferred shipping methods, please contact (212) 869-9189 or e-mail Garyweiss@jewelry47.com.

back to top

About Us

History:

Jewelry47 was established thirty years ago by brothers Gary and Jack Weiss. They opened a store in the most prominent jewelry and diamond district in the world, on the corner of 5th Avenue and 47th Street in New York City. Gary Weiss has developed a reputation for creating exquisite jewelry. All of our jewelry is made by hand.

What We Do:

We produce only top-quality Jewelry. An appraisal done by a certified gemologist is included with all of our diamond jewelry at no extra charge. Our goal is to provide you with the jewelry you want at the best possible price and to make the process easy and comfortable. Some of our clients say we keep exceeding their expectations, which in our view, is not the worst that can happen! But please don't just take our word for it. Be sure to check out our eBay feedback as proof that we are dedicated to making all of our customers happy.

Our Goal:

Here at JEWELRY47 we have only a single goal: to satisfy our customers. We've kept it up for 30 years with excellent and top-quality results for thousands of customers, making it next to impossible for our competition to compete.

If you have any suggestions or comments about this site please send to:

Garyweiss@Jewelry47.com

or call us at (866) 534-4747 Monday through Saturday, 9am-5pm

Larger Picture



01223
Free Credit Report & Score From Experian. Learn more.

**Find more items from the same seller. Bid or Buy Now!**







| 1.70CT DIAMONDS PENDANT JEWELRY47 NECKLACE | 2.40ct GENUINE DIAMOND STUD EARRINGS JEWELRY47 | 2.12ct GENUINE DIAMOND STUD EARRINGS JEW |
| --- | --- | --- |
| Buy It Now or Best Offer  US $1,560.00 | Buy It Now  US $5,320.00 | Buy It Now  US $6,020.00 |

Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country:   United States

| Shipping and Handling | To | Service |
| --- | --- | --- |
| FREE | United States | UPS 2nd Day Air® |
|  |  | Guaranteed in 1-2 days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered                              —

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details



| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

## Take action on this item

Help

Item title: **World's Largest Emerald Conglomerate Over 180,000 carat**

**Place a bid**

| | |
|---|---|
| Starting bid: | US $18,999,999.00 |
| Your maximum bid: | US $ |
| | (Enter US $18,999,999.00 or more) |

Place Bid >

You will confirm in the next step.

(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid.
Learn about bidding

or

**Buy It Now**

| Buy It Now price: | US $75,000,000.00 |
|---|---|

Buy It Now >

You will confirm in the next step.

(PayPal account required)

Purchase this item now without bidding.
Learn about Buy It Now

To place a bid of US $15,000.00 or more, you'll need to provide a valid credit card or complete the ID Verify process ($5).

## Other options

Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time