UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEWELRY 47, INC.,
        Plaintiff,

vs.

LARRY BIEGLER, DIONE TILLMAN and
ELOHM FINANCIAL, INC.,
        Defendants.

**PROOF OF SERVICE**

I, ROBERT A. ZINN, declare as follows:

1. I am over the age of eighteen years and not a party to the within action. My address is 6440 Ranger Court, Magalia, California 95954.

2. I am a Butte County Process Server, Registration No. 118.

3. I served the following documents:

    A.    **SUMMONS IN A CIVIL ACTION;**
    B.    **COMPLAINT;**
    C.    **RULE 7.1 STATEMENT;**
    D.    **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER;**
    E.    **PLAINTIFF'S MEMORANDUM OF LAW;**
    F.    **AFFIRMATION OF JEFF DOWNEY; and**
    G.    **AFFIRMATION OF GARY WEISS**

by substituted service on September 28, 2007, at 3:04 p.m. I left the documents listed above with ALYSIA BIEGLER, the spouse of LARRY BIEGLER, at 5240 Edgewood Lane, Paradise, Butte County, California.

1

4. I thereafter mailed (by first class mail) copies of the documents to LARRY BIEGLER at the place where the copies were left. I mailed the documents on September 28, 2007, from Paradise, California. The envelope was mailed without a name appearing on the return address and no indication that it was from an attorney for legal process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2007, at Paradise, California.

_____
ROBERT A. ZINN

2

Case 1:07-cv-08272-PAC    Document 7    Filed 10/02/2007    Page 2 of 2