| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375<br>*Telephone No:* 718-544-7070<br>pgordon137@gmail.com<br>*Attorney for:* Plaintiff | | | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* JEWELRY 47, INC.

*Defendant:* BIEGLER

| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CIV8272(PAC)AP |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

*3. a. Party served:*        DIONE TILLMAN
 *b. Person served:*      ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black Hair,
               Brown Eyes, 5 Feet 4 Inches, 120 Pounds

*4. Address where the party was served:*   8350 WILSHIRE BOULEVARD, STE#200
                 BEVERLY HILLS, CA 90211

*5. I served the party:*
 *b.* **by substituted service.** On: Fri., Sep. 28, 2007 at: 12:50PM by leaving the copies with or in the presence of:
          ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black
          Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds
  (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
    person served. I informed him or her of the general nature of the papers.
  (4) A declaration of mailing is attached.

**7. Person Who Served Papers:**       *Fee for Service:*  $59.50
 a. HOUSNE YASSINE      I Declare under penalty of perjury under the laws of the State of

New York that the foregoing is true and correct.


www.kernlegal.com
**KERN** LEGAL SERVICES
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax (213) 483-7777
*Professional Legal Services and Photocopying at an affordable price!*

10-1-07
*(Date)*           *(Signature)*

MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires 12-3-09
         *(Date)*               (Notary Public))

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL          1477.68843

| Attorney or Party without Attorney:<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375<br><br>Telephone No: 718-544-7070 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff: JEWELRY 47, INC. | | | | | |
| Defendant: BIEGLER | | | | | |
| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>07CIV8272(PAC)AP |

1. I, HOUSNE YASSINE, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DIONE TILLMAN as follows:

2. *Documents:* **Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 09/26/07 | 2:10pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200 BEVERLY HILLS CA 90211. |
| Thu | 09/27/07 | 4:25pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200 BEVERLY HILLS CA 90211. |



3. *Person Executing*
   a. HOUSNE YASSINE
   **b. KERN LEGAL SERVICES, INC.**
   1614 WEST TEMPLE STREET
   LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_10-1-07_
(Date)

_____
(Signature)

4. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires _12-3-09_

Date: Mon, Oct. 01, 2007        **DUE DILIGENCE**

_____
(Notary)

1477.68843

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 | | | | |

Telephone No: 718-544-7070        FAX No:

pgordon137@gmail.com

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Southern District Of New York

Plaintiff: JEWELRY 47, INC.

Defendant: BIEGLER

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV8272(PAC)AP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Fri., Sep. 28, 2007
   b. Place of Mailing:           LOS ANGELES, CA 90026
   c. Addressed as follows:       DIONE TILLMAN
                                  8350 WILSHIRE BOULEVARD, STE#200
                                  BEVERLY HILLS, CA 90211

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5. *Person Serving*
   a. CHRISTINA PATINI
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

*Fee for Service:*        $59.50
I Declare under penalty of perjury under the
New York that the foregoing is true and correct.
foregoing is true and correct.

10/01/07
*(Date)*                              *(signature)*



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 12-3-09
                       *(Date)*

AFFIDAVIT OF SERVICE
By Mail

*(Notary Public))*

1477.68843

| Attorney or Party without Attorney: Law Offices Of: GORDON & GORDON, P.C. 108-18 QUEENS BOULEVARD FOREST HILLS, NY 11375 Telephone No: 718-544-7070 pgordon137@gmail.com Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

*Plaintiff:* JEWELRY 47, INC.

*Defendant:* BIEGLER

| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CIV8272(PAC)AP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. a. *Party served:*      ELOHIM FINANCIAL, INC.
   b. *Person served:*     ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds

4. *Address where the party was served:*      8350 WILSHIRE BOULEVARD, STE#200
                                              BEVERLY HILLS, CA 90211

5. *I served the party:*
   b. **by substituted service.** On: Fri., Sep. 28, 2007 at: 12:50PM by leaving the copies with or in the presence of:
                          ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Blond Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. HOUSNE YASSINE


www.kernlegal.com
**KERN LEGAL SERVICES**
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777
Professional Legal Services and Photocopying at an affordable price!

*Fee for Service:*      $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-1-07
*(Date)*

_____
*(Signature)*

MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 12-3-09
                        *(Date)*

_____
*(Notary Public))*

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL

1477.68842

| *Attorney or Party without Attorney:*<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No or File No.:* | |
| *Telephone No:* 718-544-7070 | | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York |
|---|
| *Plaintiff:* JEWELRY 47, INC. |
| *Defendant:* BIEGLER |

| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CIV8272(PAC)AP |
|---|---|---|---|---|

1. I, HOUSNE YASSINE, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ELOHIM FINANCIAL, INC. as follows:

2. *Documents:* **Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 09/26/07 | 2:10pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200  BEVERLY HILLS CA 90211. |
| Thu | 09/27/07 | 4:25pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200  BEVERLY HILLS CA 90211. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. *Person Executing*
   a. HOUSNE YASSINE
   **b. KERN LEGAL SERVICES, INC.**
   1614 WEST TEMPLE STREET
   LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_10 -1 -07_
(Date)

_____
(Signature)

4. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires _12-3-09_

*Date:* Mon, Oct. 01, 2007          **DUE DILIGENCE**

_____
(Notary)

1477.68842

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 | | | | |
| *Telephone No:* 718-544-7070    *FAX No:* | | | | |
| pgordon137@gmail.com | | *Ref. No or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* JEWELRY 47, INC.

*Defendant:* BIEGLER

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CIV8272(PAC)AP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                          Fri., Sep. 28, 2007<br>
    b. Place of Mailing:                       LOS ANGELES, CA 90026<br>
    c. Addressed as follows:               ELOHIM FINANCIAL, INC.<br>
                                      8350 WILSHIRE BOULEVARD, STE#200<br>
                                      BEVERLY HILLS, CA 90211

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5. *Person Serving*
    a. CHRISTINA PATINI
    b. KERN LEGAL SERVICES, INC.
       1614 WEST TEMPLE STREET
       LOS ANGELES, CA 90026
    c. (213) 483-4900, FAX (213) 483-7777

*Fee for Service:*    $59.50
I Declare under penalty of perjury under the
New York that the foregoing is true and correct.
foregoing is true and correct.

10-1-07
*(Date)*

*(signature)*



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires  12-3-09
                  *(Date)*

*(Notary Public))*

**AFFIDAVIT OF SERVICE**
**By Mail**

1477.68842