| Attorney or Party without Attorney: <br> Law Offices Of: GORDON & GORDON, P.C. <br> 108-18 QUEENS BOULEVARD <br> FOREST HILLS, NY 11375 <br> Telephone No: 718-544-7070 <br> pgordon137@gmail.com <br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: JEWELRY 47, INC. <br> Defendant: BIEGLER | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CIV8272(PAC)AP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. a. Party served:           LARRY BIEGLER
   b. Person served:        MELISSA DOE, CO-TENANT, REFUSED TO GIVE LAST NAME, White, Female, 40 Years Old, Brown Hair, 5 Feet 7 Inches, 135 Pounds

4. Address where the party was served:    5240 EDGEWOOD DRIVE
                                                                    PARADISE, CA 95969

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 28, 2007 at: 3:20PM by leaving the copies with or in the presence of:
      MELISSA DOE, CO-TENANT, REFUSED TO GIVE LAST NAME, White, Female, 40 Years Old, Brown Hair, 5 Feet 7 Inches, 135 Pounds
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. KEVIN HENDREN



Fee for Service:     $179.00
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Oct 1, 2007
(Date)                         (Signature)



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  12-3-09
                                    (Date)

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL                                    (Notary Public)                    1477.68841

| *Attorney or Party without Attorney:*<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Telephone No:* 718-544-7070 | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | |
| *Plaintiff:* JEWELRY 47, INC.<br>*Defendant:* BIEGLER | | | | |
| **DUE DILIGENCE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CIV8272(PAC)AP |

1. I, KEVIN HENDREN, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LARRY BIEGLER as follows:

2. *Documents:* Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 09/26/07 | 8:10pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 7:35am | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 4:50pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 8:27pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. *Person Executing*
   a. KEVIN HENDREN
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $179.00
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Oct. 1, 2007
(Date)    (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09

*Date:* Mon, Oct. 01, 2007        **DUE DILIGENCE**        (Notary)        1477.68841

| Attorney or Party without Attorney:<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375<br>Telephone No: 718-544-7070   FAX No:<br>pgordon137@gmail.com<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: JEWELRY 47, INC. |
|---|
| Defendant: BIEGLER |

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV8272(PAC)AP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Fri., Sep. 28, 2007
   b. Place of Mailing:     LOS ANGELES, CA 90026
   c. Addressed as follows: LARRY BIEGLER
                            5240 EDGEWOOD DRIVE
                            PARADISE, CA 95969

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5. Person Serving
   a. CHRISTINA PATINI
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

   Fee for Service:    $179.00
   I Declare under penalty of perjury under the
   New York that the foregoing is true and correct.
   foregoing is true and correct.

   10/9/07
   (Date)                        (signature)



8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  12-3-09
                          (Date)

                                              (Notary Public))

                           AFFIDAVIT OF SERVICE
                                 By Mail                            1477.68841