UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JEWELRY 47, INC.,
        Plaintiff,

vs.

LARRY BIEGLER, DIONE TILLMAN and ELOHM FINANCIAL, INC.,
        Defendants.

**PROOF OF SERVICE**

I, ROBERT A. ZINN, declare as follows:

1. I am over the age of eighteen years and not a party to the within action. My address is 6440 Ranger Court, Magalia, California 95954.

2. I am a Butte County Process Server, Registration No. 118.

3. I served the following documents:

    A.    SUMMONS IN A CIVIL ACTION;
    B.    COMPLAINT;
    C.    RULE 7.1 STATEMENT;
    D.    ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER;
    E.    PLAINTIFF'S MEMORANDUM OF LAW;
    F.    AFFIRMATION OF JEFF DOWNEY; and
    G.    AFFIRMATION OF GARY WEISS

by substituted service on September 28, 2007, at 3:04 p.m. I left the documents listed above with ALYSIA BIEGLER, the spouse of LARRY BIEGLER, at 5240 Edgewood Lane, Paradise, Butte County, California.

1

4. I thereafter mailed (by first class mail) copies of the documents to LARRY BIEGLER at the place where the copies were left. I mailed the documents on September 28, 2007, from Paradise, California. The envelope was mailed without a name appearing on the return address and no indication that it was from an attorney for legal process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2007, at Paradise, California.

_____
ROBERT A. ZINN

2