| Attorney or Party without Attorney:<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 718-544-7070 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: JEWELRY 47, INC. | | | | |
| Defendant: BIEGLER | | | | |
| **DUE DILIGENCE**<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV8272(PAC)AP |

1. I, KEVIN HENDREN, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LARRY BIEGLER as follows:

2. **Documents:** Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 09/26/07 | 8:10pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 7:35am | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 4:50pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |
| Thu | 09/27/07 | 8:27pm | Home | NO ANSWER AT INTERCOM, HOUSE HAS ELECTRIC GATE WITH BUZZER TO CALL, NO RESPONSE ON INTERCOM, CAN NOT SEE HOUSE FROM GATE. GATE CLOSED Attempt made by: KEVIN HENDREN. Attempt at: 5240 EDGEWOOD DRIVE PARADISE CA 95969. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. *Person Executing*
   a. KEVIN HENDREN
   **b. KERN LEGAL SERVICES, INC.**
   1614 WEST TEMPLE STREET
   LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

9-28-07
(Date)                                   (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09

Date: Fri, Sep. 28, 2007                **DUE DILIGENCE**                (Notary)                1477.68841