| *Attorney or Party without Attorney:* <br> Law Offices Of: GORDON & GORDON, P.C. <br> 108-18 QUEENS BOULEVARD <br> FOREST HILLS, NY 11375 <br> *Telephone No:* 718-544-7070 <br> pgordon137@gmail.com <br> *Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court - Southern District Of New York | | | | |
| *Plaintiff:* JEWELRY 47, INC. | | | | |
| *Defendant:* BIEGLER | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 07CIV8272(PAC)AP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. a. Party served:      DIONE TILLMAN
   b. Person served:   ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds

4. Address where the party was served:    8350 WILSHIRE BOULEVARD, STE#200 <br> BEVERLY HILLS, CA 90211

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 28, 2007 at: 12:50PM by leaving the copies with or in the presence of: ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. HOUSNE YASSINE

*Fee for Service:*     $59.50

I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.



www.kernlegal.com
KERN LEGAL SERVICES
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777
*Professional Legal Services and Photocopying at an affordable price!*

10-1-07
(Date)           (Signature)

MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09
               (Date)

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL          (Notary Public))

1477.68843

| *Attorney or Party without Attorney:*<br>Law Offices Of: GORDON & GORDON, P.C.<br>108-18 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375<br><br>*Telephone No:* 718-544-7070 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | |
| *Plaintiff:* JEWELRY 47, INC.<br>*Defendant:* BIEGLER | | | | |
| **DUE DILIGENCE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CIV8272(PAC)AP |

1. I, HOUSNE YASSINE, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DIONE TILLMAN as follows:

2. *Documents:*  Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 09/26/07 | 2:10pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200 BEVERLY HILLS CA 90211. |
| Thu | 09/27/07 | 4:25pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200 BEVERLY HILLS CA 90211. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. *Person Executing*
   a. HOUSNE YASSINE
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-1-07
(Date)         (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09

*Date:* Mon, Oct. 01, 2007     **DUE DILIGENCE**     (Notary)     1477.68843

| Attorney or Party without Attorney: Law Offices Of: GORDON & GORDON, P.C. 108-18 QUEENS BOULEVARD FOREST HILLS, NY 11375 Telephone No: 718-544-7070   FAX No: pgordon137@gmail.com Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York | | | | |
| Plaintiff: JEWELRY 47, INC. | | | | |
| Defendant: BIEGLER | | | | |
| **AFFIDAVIT OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CIV8272(PAC)AP |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Sep. 28, 2007
   b. Place of Mailing:         LOS ANGELES, CA 90026
   c. Addressed as follows:     DIONE TILLMAN
                                8350 WILSHIRE BOULEVARD, STE#200
                                BEVERLY HILLS, CA 90211

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5. Person Serving
   a. CHRISTINA PATINI
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

   Fee for Service:   $59.50
   I Declare under penalty of perjury under the
   New York that the foregoing is true and correct.
   foregoing is true and correct.

   10/01/07
   (Date)                          (signature)



8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  12-3-09
                          (Date)

   AFFIDAVIT OF SERVICE              (Notary Public))
   By Mail                                              1477.68843

*Attorney or Party without Attorney:*
Law Offices Of: GORDON & GORDON, P.C.
108-18 QUEENS BOULEVARD
FOREST HILLS, NY 11375
*Telephone No:* 718-544-7070
pgordon137@gmail.com
*Attorney for:* Plaintiff

*For Court Use Only*

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* JEWELRY 47, INC.
*Defendant:* BIEGLER

| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 07CIV8272(PAC)AP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. a. Party served: ELOHIM FINANCIAL, INC.
   b. Person served: ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds

4. Address where the party was served: 8350 WILSHIRE BOULEVARD, STE#200
   BEVERLY HILLS, CA 90211

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 28, 2007 at: 12:50PM by leaving the copies with or in the presence of:
      ELIZABETH SCHWARZI, DIRECTOR, Black, Female, 32 Years Old, Blond Hair, Brown Eyes, 5 Feet 4 Inches, 120 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. HOUSNE YASSINE



www.kernlegal.com
KERN LEGAL SERVICES
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777
*Professional Legal Services and Photocopying at an affordable price!*

*Fee for Service:* $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-1-07
(Date)            (Signature)

MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09
(Date)

(Notary Public)

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL

*1477.68842*

| Attorney or Party without Attorney: <br> Law Offices Of: GORDON & GORDON, P.C. <br> 108-18 QUEENS BOULEVARD <br> FOREST HILLS, NY 11375 <br><br> Telephone No: 718-544-7070 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: JEWELRY 47, INC. <br> Defendant: BIEGLER | | | | |
| **DUE DILIGENCE** <br> **SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CIV8272(PAC)AP |

1. I, HOUSNE YASSINE, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ELOHIM FINANCIAL, INC. as follows:

2. Documents: Summons In A Civil Action And Complaint; Rule 7.1 Statement; Order To Show Cause For Preliminary Injunction And Temporary Restraining Order; Plaintiff's Memorandum Of Law Preliminary Statement; Jeff Downey Affirmation; Gary Weiss Affirmation; Gary Weiss Affirmation Exhibits 1; Gary Weiss Affirmation Exhibits 2.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 09/26/07 | 2:10pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200  BEVERLY HILLS CA 90211. |
| Thu | 09/27/07 | 4:25pm | Business | NOT IN Attempt made by: HOUSNE YASSINE. Attempt at: 8350 WILSHIRE BOULEVARD, STE#200  BEVERLY HILLS CA 90211. |



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

3. Person Executing
   a. HOUSNE YASSINE
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $59.50
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-1-07
(Date)                (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 12-3-09

Date: Mon, Oct. 01, 2007        **DUE DILIGENCE**        (Notary)        1477.68842

| Attorney or Party without Attorney: <br> Law Offices Of: GORDON & GORDON, P.C. <br> 108-18 QUEENS BOULEVARD <br> FOREST HILLS, NY 11375 <br> Telephone No: 718-544-7070   FAX No: <br> pgordon137@gmail.com <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: JEWELRY 47, INC.
Defendant: BIEGLER

| **AFFIDAVIT OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CIV8272(PAC)AP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; RULE 7.1 STATEMENT; ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MEMORANDUM OF LAW PRELIMINARY STATEMENT; JEFF DOWNEY AFFIRMATION; GARY WEISS AFFIRMATION; GARY WEISS AFFIRMATION EXHIBITS 1; GARY WEISS AFFIRMATION EXHIBITS 2

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Sep. 28, 2007
   b. Place of Mailing:        LOS ANGELES, CA 90026
   c. Addressed as follows:    ELOHIM FINANCIAL, INC.
                               8350 WILSHIRE BOULEVARD, STE#200
                               BEVERLY HILLS, CA 90211

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5. Person Serving
   a. CHRISTINA PATINI
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

   Fee for Service:    $59.50
   I Declare under penalty of perjury under the
   New York that the foregoing is true and correct.
   foregoing is true and correct.

   /0-/-07
   (Date)                      (signature)



MICHAEL D. KERN
COMM. #1626386
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. DEC. 3, 2009

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  12-3-09
                          (Date)

                          (Notary Public)

AFFIDAVIT OF SERVICE
By Mail

1477.68842