**EXHIBIT "A"**

## Judge Appoints Temporary Receiver for $400,000,000 Emerald - One of the Worlds Largest

September 26, 2007

PRESS RELEASE

September 25, 2007 At 3:00 PM Judge Paul A.Crotty signed an Order today appointing a temporary receiver to oversee the sale of the BAHIA EMERALD, one of the World's largest emeralds weighing 840 pounds, and recently appraised at **$400,000,000.00 (four hundred million dollars)(1)** Despite the existence of a written agreement, the emerald's owner Larry Biegler is attempting to deny a local jeweler Gary Weiss the right to sell the 180,000 carat emerald.

Burt Pugach, subject of the recent film "Crazy Love"(2), was spotted filing the motion at Federal Court in lower Manhattan today (photo enclosed). Mr. Pugach who recently blew the whistle on M & T Bank(3).in a $250,000,000 mortgage fraud case, is still active at 80 years old and can often be found at the courthouse.

A hearing is scheduled for October 2, 2007. Jewelry 47 vs. Biegler et al. Southern District of New York 2007 CIV 8272. .For further questions regarding this story contact the Law Firm of Gordon & Gordon, P.C. (718) 544-7070.



(1) http://fortress Australia.blogspot.com/2007/09/gem-of-story.html
http://cgi.ebay.com/Worlds-Largest-Emerald-Conglomerate-Over-180-000-carat_W0QQitemZ330165863552QQihZ014QQcategoryZ3825QQcmdZViewItem
(2) http://www.nytimes.com/2007/06/01/movies/01craz.html?_r=1&8dpc&oref=slogin
(3) http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=701037