# EXHIBIT "B" TO THE DECLARATION IN OPPOSITION TO APPOINTMENT OF TEMPORARY RELIEF (which are photos) ARE AVAILABLE FOR INSPECTION AT THE OFFICES OF REED SMITH LLP