# EXHIBIT B AVAILABLE FOR INSPECTION
# AT THE OFFICES OF REED SMITH LLP