**EXHIBIT "D"**

From: "Gil Weiss" <mountainroad@gmail.com>
To: "diazinfante@comcast.net" <diazinfante@comcast.net>
Subject: our situation
Date: Thursday, September 27, 2007 3:01:11 PM

Hi Marco,

    I have realized in light of recent events that Larry Biegler is a petty liar. I regret ever getting involved with this whole situation because I do not like to be involved with dishonest people. The first time I realized that Larry was a dishonest person was while we were viewing the emerald in the warehouse. Larry spoke with me privately outside and told me that there was another deal involving cut emeralds, which he wanted Jewelry47 to execute. He urged me not to mention this in front of you because he did not want to have to give you a cut. He said that you were not worth the $10,000/month that he was paying you because you were tied down by obligations to your children. If that was all a ploy meant to lead me to believe that Larry was my close friend, then it backfired, because what that signaled to me was that Larry had no qualms about screwing his close personal friends. I did not feel that it was my place to tell you all this, but you seem like more of a genuine person, and it is your right to know what kind of person you are working for. You were there as well when Larry signed the contract. He is now claiming that the signature is a forgery. If you corroborate this story, you will face legal consequences. You must ask yourself if it is worth it to remain loyal to Larry. Ask yourself if you are setting a good example for your children. Ask yourself if you believe in karma and honesty and doing the right thing. Only you can answer these questions. It was obvious early on that Larry wanted to avoid any official contact (emails, paying with credit cards, phone discussions) relating to the emerald. If he really wished to screw us and get away with it, he simply should have not signed the contract, but he did, and you were there. So I urge you consider your loyalty, consider your future, and realize that going to sleep at the end of the day with a clear conscience is more valuable that anything Larry can ever provide. Feel free to call me, but know that any conversation between the two of us will be recorded and could be used as evidence in court. And when you see Larry, let him know that he can run and hide behind lies all he wants, but he'll never be able to hide from his own conscience. The most tragic part of this whole situation is that Larry is a father, and his dishonesty in business most likely does not stop at the front door of his family's home. I feel sorry for you and

everyone else that Larry has screwed over the years, but most of all,
I feel sorry for Larry himself.

--
Gil Weiss

619-997-0205