UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEWELRY 47, INC.,                                                  07 CV 8272 (PAC)
                      Plaintiff,

                                                  NOTICE OF CROSS
          against                                MOTION

LARRY BIEGLER , ELOHIM FINANCIAL
and DIONE TILLMAN,
                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      PLEASE TAKE NOTICE that upon the annexed affirmations of PETER S. GORDON, GARY WEISS, GIL WEISS, JEFF DOWNEY and the handwriting expert, and the corrected press release, plaintiff will cross-move this Court pursuant to Rule 66 of the Federal Rules of Civil Procedure for the appointment of a receiver to take possession of the BAHIA EMERALD and for such other and further relief as to this Court may be deemed just and proper.

Dated: Forest Hills, New York,
       October 30, 2007

                                      YOURS, etc.
                                            /s/
                                  PETER S. GORDON, (PSG 0068)
                                  Attorney for Plaintiff

                      108-18 Queens Boulevard
                      Forest Hills, New York 11375
                      718-544-7070

TO: SCOTT S. McKESSY
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
212-521-5400