UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEWELRY 47, INC.,                              07-CIV- 8272
                                                    PAC

                        Plaintiff,

        against

LARRY BEIGLER, ELOHIM  FINANCIAL
and DIONE TILLMAN,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        GARY WEISS, under penalties of perjury, pursuant to 28

U.S. 1746, affirms as follows:

        1. I am the CEO of JEWELRY 47, INC., engaged in the

purchase and sale of precious stones, with offices in the jewelry

section of Manhattan.  Plaintiff prepares web-site presentations

over E-Bay for the sale of expensive items of jewelry.

        2. This year, I received a communication from one Jeff

Downey, who represented himself, as representing Larry Biegler,

the owner of the BAHIA EMERALD, the largest such jewel ever

found.  After conferring with Mr. Downey and and Mr. Marcos

Diaz-Infante , and Larry Biegler ,through emails and phone calls ,I agreed to make efforts to find a purchaser of the jewel,and promote it on my Ebay site. I prepared a memorandum, authorizing me to sell the jewel with a commission of ten percent, half of which, I would pay to Mr. Downey.

3. I sent my son, GIL Weiss, to meet with the owner, Larry Biegler in person, to take photos of the Bahia Emerald and to obtain the signature of Larry Biegler on the contract.

4. Once obtaining the photos and signature, we began the task of building a web-site to play out on E-Bay.After several months that I was promoting the sale of the "Emerald" I received an offer from defendant TILLMAN for the sum of $19,000,000 for the jewel.

5. No sooner did I get this offer, than it became clear, that Mr. Biegler wanted to deal directly with the customer, since I got an E-mail from defendant TILLMAN that he had learned that I did not have authority to sell the jewel.

6. Next, I received an E-mail from Marcos Diaz-Infante, the

assistant to Mr. Biegler, that Mr. Biegler would not pay commission on any sale, unless it was at least $25,000,000, which was an effort to avoid his obligations under the agreement.

7. All of the work done in connection with this agreement, was done in New York, and nothing in California, other than my son photographing the emerald and getting Mr. Biegler's signature on the agreement. Therefore, the convenience of witnesses would dictate that venue remain in New York.


Dated: Forest Hills, New York,
       October 30, 2007

                                    GARY WEISS

Subj:    **Fwd: Fwd: Letter**
Date:    9/19/2007 1:00:42 P.M. Eastern Daylight Time
From:    gary@jewelry47.com
To:      pgordon137@aol.com


--------- Forwarded message ----------
From: **gary weiss** <gary@jewelry47.com>
Date: Sep 19, 2007 9:58 AM
Subject: Re: Fwd: Letter
To: "diazinfante@comcast.net" <diazinfante@comcast.net>

Hi Marco, I am excited to hear that we are close to a contract for $75,000,000.00,
I would like to make a video and more photos about the Emerald (conglomerate),that will be a nice feature to
have, I would like to Co-ordinate with you , so I can go out to the location of the Emerald, please advise which day
will be good for me, I will make reservations with the airlines.
Gary


On 9/18/07, **diazinfante@comcast.net** <diazinfante@comcast.net> wrote:
No knowledge of this contract has been received by Larry. We are in the midst of a 75 million USD offer right
now. No other authorization has been approved nor discussed with Mr. Biegler. Please forward any or all
information for any offer for the Bahia Emerald. Please take note that any offer under 25 million USD leaves no
room for any commission to any intermediary party.

Marco
for
Larry

------------- Original message -------------------
From: "gary weiss" < gary@jewelry47.com>
> Larry and Marco ,please sign this letter , and email back to me ,so i can
> proceed smoothly with the deal.
> Gary
>
>
>
> --------- Forwarded message ---------
> From: jewelry47 <gisellalarosa@gmail.com>
> Date: Sep 17, 2007 2:22 PM
> Subject: Letter
> To: garyweissinc@gmail.com
>
>
>
>
> --
>
> >
> Gary Weiss
> 212-869-6385
> 646-660-2078
> Toll Free 866 -534-4747
> Fax 212-869-1396
>
> >
> http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

Subj:    **Fwd: I am interested in buying your huge $19mm emerald on ebay**
Date:    9/14/2007 12:14:20 P.M. Eastern Daylight Time
From:    gary@jewelry47.com
To:      pgordon137@aol.com

--------- Forwarded message ---------
From: **gary weiss** <gary@jewelry47.com>
Date: Sep 14, 2007 9:11 AM
Subject: Fwd: I am interested in buying your huge $19mm emerald on ebay
To: pgordon137@aol.com

--------- Forwarded message ---------
From: **Dione Tillman - EFI** <dtillman@elohimfinancial.com >
Date: Sep 11, 2007 6:30 PM
Subject: I am interested in buying your huge $19mm emerald on ebay
To: GARYWEISSINC@gmail.com

## I am a large investors, a jeweler,.....
## can we use an escrow account to close deal. i will not send $19mm via ebay, thats crazy.  some other asshole was trying to sell me the same emerald on the net on another site for $25mil, but i already knew who the seller is becasue I heard about it years ago... gemworks sold it to B&B_Services a guy named larry...

Mr. Dione Tillman
Elohim Financial, Inc.
8350 Wilshire Blvd., Suite 200
Beverly Hills, California 90211
Direct: 310-990-0533
Main: 310-281-3315
Fax: 310-281-3316
Emails: dtillman@corponefinancial.com or dtillman@elohimfinancial.com

Do you need Corporate Lines of Credit/Loans, Shelf corps, Tax havens, Dun & Bradstreet, Letters of Credit or Real Estate Investing?
Visit: www.corponefinancial.com and/or www.elohimfinancial.com

CONFIDENTIALITY NOTICE: We are Marketers/Consultants for an exclusive list of investors. If you are a seller unfamiliar with real estate transactions we urge you to contact a R.E attorney with any questions you may have. We market properties with great equity and get paid a  fee for our services by our clients. Any loan diligence's and/or agreement made between buyer, broker, and/or seller is entirely their responsibility. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law.

--

Gary Weiss
212-869-6385

646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

--

Gary Weiss
212-869-6385
646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

Subj:   **Fwd: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns**
Date:   9/14/2007 12:20:42 P.M. Eastern Daylight Time
From:   gary@jewelry47.com
To:     pgordon137@aol.com

--------- Forwarded message --------
From: **gary weiss** <gary@jewelry47.com>
Date: Sep 14, 2007 9:18 AM
Subject: Fwd: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns
To: pgordon137@aol.com

--------- Forwarded message --------
From: **Dione Tillman - COF** < dtillman@corponefinancial.com>
Date: Sep 12, 2007 1:01 PM
Subject: Re: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns
To: gary weiss <gary@jewelry47.com>

Purchaser:

Elohim Financial, Inc. ( A California Corporation) and/or its assigns.
8350 Wilshire Blvd., Suite 200
Beverly Hills, California 90211
Direct: 310-990-0533
Main: 310-281-3315
Fax: 310-281-3316

CEO:  Dione Tillman

----- Original Message -----
**From:** gary weiss
**To:** Dione Tillman - COF
**Sent:** Wednesday, September 12, 2007 11:23 AM
**Subject:** Re: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns

Hi Dione, I will make up a purchase agreement contract with the detail,it will come to you via email soon, please give me the name of purchaser and address,I will set the price as 19M, with a deposit of 10%, then the rest in escrow.
please tell me if you agree, then I will continue to proceed with drawing up the contract.

Gary

On 9/12/07, **Dione Tillman - COF** <dtillman@corponefinancial.com > wrote:
    sir, I cannot send you a deposit and we do not even have a purchase agreement.
    this is the only legal way to proceed. if you cannot produce a purchase agreement, then you must not be the
    seller or have authority to sell this item.

    ----- Original Message -----
    **From:** gary weiss
    **To:** Dione Tillman - EFI
    **Sent:** Wednesday, September 12, 2007 10:56 AM
    **Subject:** Re: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns

Hi Dione, as I said I can proceed with the purchase if you are willing to give a 10% goodwill deposit,I have no doubt I can make you happy.

Gary

On 9/12/07, **Dione Tillman - EFI** <dtillman@elohimfinancial.com > wrote:

Mr. Dione Tillman
Elohim Financial, Inc.
8350 Wilshire Blvd., Suite 200
Beverly Hills, California 90211
Direct: 310-990-0533
Main: 310-281-3315
Fax: 310-281-3316
Emails: dtillman@corponefinancial.com or dtillman@elohimfinancial.com

Do you need Corporate Lines of Credit/Loans, Shelf corps, Tax havens, Dun & Bradstreet, Letters of Credit or Real Estate Investing?
Visit: www.corponefinancial.com and/or www.elohimfinancial.com

CONFIDENTIALITY NOTICE: We are Marketers/Consultants for an exclusive list of investors. If you are a seller unfamiliar with real estate transactions we urge you to contact a R.E attorney with any questions you may have. We market properties with great equity and get paid a fee for our services by our clients. Any loan diligence's and/or agreement made between buyer, broker, and/or seller is entirely their responsibility. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law.

Gary Weiss
212-869-6385
646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

Gary Weiss
212-869-6385
646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

--

Gary Weiss
212-869-6385
346-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

--

Gary Weiss
212-869-6385
346-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

Subj:    **Fwd: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns**
Date:    9/14/2007 12:19:35 P.M. Eastern Daylight Time
From:    gary@jewelry47.com
To:      pgordon137@aol.com


--------- Forwarded message ---------
From: **Dione Tillman - COF** <dtillman@corponefinancial.com>
Date: Sep 12, 2007 9:01 AM
Subject: Re: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns
To: gary weiss <gary@jewelry47.com>

sir, I cannot send you a deposit and we do not even have a purchase agreement.
this is the only legal way to proceed. if you cannot produce a purchase agreement, then you must not be the
seller or have authority to sell this item.

--- Original Message ---
**From:** gary weiss
**To:** Dione Tillman - EFI
**Sent:** Wednesday, September 12, 2007 10:56 AM
**Subject:** Re: i will need a viable purchase contract to: Elohim Financial, Inc. and/or its assigns


Hi Dione, as I said I can proceed with the purchase if you are willing to give a 10% goodwill deposit,I have no
doubt I can make you happy.

Gary


On 9/12/07, **Dione Tillman - EFI** <dtillman@elohimfinancial.com > wrote:



Mr. Dione Tillman
Elohim Financial, Inc.
8350 Wilshire Blvd., Suite 200
Beverly Hills, California 90211
Direct: 310-990-0533
Main: 310-281-3315
Fax: 310-281-3316
Emails: dtillman@corponefinancial.com or dtillman@elohimfinancial.com

Do you need Corporate Lines of Credit/Loans, Shelf corps, Tax havens, Dun & Bradstreet, Letters of Credit or
Real Estate Investing?
Visit: www.corponefinancial.com and/or www.elohimfinancial.com


CONFIDENTIALITY NOTICE: We are Marketers/Consultants for an exclusive list of investors. If you are a
seller unfamiliar with real estate transactions we urge you to contact a R.E attorney with any questions you
may have. We market properties with great equity and get paid a fee for our services by our clients. Any loan
diligence's and/or agreement made between buyer, broker, and/or seller is entirely their responsibility. This
message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential, or exempt from disclosure under applicable law.

—

Gary Weiss
212-869-6385
646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

--

Gary Weiss
212-869-6385
646-660-2078
Toll Free 866 -534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry