# EXHIBIT A

Description of stone:

Weight: app. 341 kilos or 840 pounds. The irregular base measures 760 mm x 670 mm; height varies from 500 mm x 850 mm. Top part is concave and has 9 encrusted crystals which measure 220 mm, 140 mm, 130 mm, 110 mm and 37 mm in length and widths vary from 20 mm to 65 mm.

Appraisal is valid only when accompanied by photograph of stone, with appraiser's seal, laminated to the back of certificate.

*Dimitri Paraskevopulos*
Perito Avaliador - Gemologo















## ASSIGNMENT AND BILL OF SALE

**FOR VALUE RECEIVED**, the undersigned Elson Alves Ribeiro, Brazilian, enrolled with CPF/MF under No. 705.666.238-20 and bearer of the Identity Card RG No. 9.808.755-2, issued by SSP/SP, majority partner and managing director of the company "Renata Joias e Embalagens Ltda." (Seller), hereby grants, sells, assigns and transfers unto GEMWORKS MINING, INC., a Panama Corporation and bearer of the Identity No. FICHA 461068, DOCUMENTO: 659908, dated FECHA: 24-8-04; (Buyer), and its successors and assigns forever, all rights, title and interest in and to the assets described in Schedule A, attached hereto and made a part herein.

Seller warrants and represents that he has good title to said assets, full authority to sell and transfer same and that said goods and chattels are being sold free and clear of all liens, encumbrances, liabilities and adverse claims, of every nature and description. Seller agrees to defend, indemnify and hold harmless buyer from any and all claims and liens, free from the rightful claims of others, and that Seller will defend GEMWORKS MINING, INC's title to the goods against all persons and companies.

**IN TESTIMONY WHEREOF**, Elson Alves Ribeiro, Seller, has caused this Assignment and Bill of Sale to be duly executed on August 31, 2004, at Sao Paulo, Brazil.

By: _____

Elson Alves Ribeiro

NOTARY

5.º Oficial de Registro Civil das Pessoas Naturais da Barra Funda

Reconheço por semelhança a firma supra **Elson A. Ribeiro**
documento com valor econômico, dou fé.
São Paulo, 09 de setembro de 2004.
Em Test⌀ da verdade. ...

Bill of Sale                                          Initials Seller: _____ Buyer: _____

64