## ASSIGNMENT AND BILL OF SALE

**FOR VALUE RECEIVED**, the undersigned Forrest Wayne Catlett, Attorney-In-Fact of the company Gemworks Mining, Inc., a Panama Corporation and bearer of the Identity No. 461068 (Seller), hereby sells and transfers unto Gemworks Asset Management, Inc., a Nevada Corporation and bearer of the Identity No. 76-0789080 (Recipient), and its successors and assigns forever, all rights, title and interest in and to the assets described in Schedule A, attached hereto and made a part herein.

Seller warrants and represents that he has good title to said assets, full authority to sell and transfer same and that said goods and chattels are being sold free and clear of all liens, encumbrances, liabilities and adverse claims, of every nature and description.

**IN TESTIMONY WHEREOF**, Gemworks Mining, Inc., Seller, has caused this Assignment and Bill of Sale to be duly executed on April 14, 2005, at San Jose, California.

By: _____
Gemworks Mining, Inc.
Forrest Wayne Catlett, Attorney-In-Fact

**NOTARY**

State of California
County of Santa Clara

Subscribed and Sworn Before me
on this 20 Day of April 2005
x _____

GETTY C. SANTOS
Comm. # 1532548
NOTARY PUBLIC-CALIFORNIA
Santa Clara County
My Comm. Expires Dec. 6, 2008

Bill of Sale                                     1                    Initials Seller: _____  Recipient: _____

The following is a contract which will set the terms for the sale of The Emerald Conglomerate which is described in detail within the attached appraisal forms. The terms of this agreement assume that Larry Biegler is the sole owner of the Conglomerate and that Jewelry47 (Gil Weiss and Gary Weiss) and Jeff Downey are the brokers of the Conglomerate.

**90%** of the sale price of the Conglomerate will go to Larry Biegler and **10%** will be split evenly between Jewelry47 and Jeff Downey. All expenses, including but not limited to the transport of the Conglomerate and the insurance of the Conglomerate, will be incurred by Larry Biegler as needed. The advertising expenses related to the Conglomerate, including but not limited to eBay fees, print advertising, and promotional events, will also be incurred by Larry Biegler, but may be subject to his approval.

Lary Biegler _[signed]_        Date 2/1/07

Jeff Downey _[signed]_         Date 6-2-07

Gil Weiss _____ Date _____

Gary Weiss _[signed]_          Date 6-6-07

Marco / Gil Weiss

**Re:**

"diazinfante@comcast.net"  show details May 20  ↤ Reply

Thanks Gary. Can your son make it to San Jose to shoot better quality pictures? Wednesday or Thursday would work well for us.

Marco
for
Larry

-------------- Original message --------------
From: "gary weiss" <gary@jewelry47.com>
Hi Marco, recieved, pictures are poor quality, presentation needs better pictures.

Gary

On 5/19/07, diazinfante@comcast.net <diazinfante@comcast.net> wrote:
  Have you received 4 pictures, history and appraisal?

  -------------- Original message --------------
  From: "gary weiss" < gary@jewelry47.com>
  pictures coming thru

  On 5/18/07, diazinfante@comcast.net < diazinfante@comcast.net> wrote:

  --

  Gary Weiss
  212-869-6385
  Toll Free 866-534-4747
  Fax 212-869-1396

  http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

--

Gary Weiss
212-869-6385
Toll Free 866-534-4747
Fax 212-869-1396

http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry



### Gil from Jewelry47

⭐ **Jewelry47** to diazinfante    show details May 20   ↩ Reply

Hello Marco, it was good to speak with you on the phone today. As we discussed, after you reply to this email, I will book a flight from SD to San Jose for Wednesday, June 6th or that Thursday or Friday and email you the itinerary and the price so that you can arrange to have me picked up at the airport.

--
Gil Weiss
Jewelry47: "Any size, any shape guarantee"
Monday-Saturday
Toll Free-866-534-4747
516-9675776-cell
Gil@jewelry47.com
website: http://www.jewelry47.com/
eBay: http://stores.ebay.com/Jewelry47-Fine-Diamonds-and-Jewelry

↩ Reply  → Forward

⭐ **"diazinfante@comcast.net"**   show details May 21  ↩ Reply

Hey Gil, excuse the delay in responding. I've been preparing and enjoying a meal with my family. You've got the correct address. Please feel free to use it for exchange of information, either casually or formally. Please email flight details and we will have it handled. Thanks.

Marco
for
Larry
- Show quoted text -