# JULIA BEVACQUA
## CERTIFIED FORENSIC DOCUMENT EXAMINER
## COURT QUALIFIED • EXPERT WITNESS

140-65 BEECH AVENUE
FLUSHING, NEW YORK 11355
WEBSITE: www.JuliaBevacqua.com

B. 10/30/07

TEL: 718.358.6359
FAX: 718-359-0103
E-Mail: JuliaBevacqua@aol.com

# PUBLICATIONS

"It Is Not Necessary to Understand the Language to Examine the Documents"
(Four-page article, concerning Chinese documents, published in Italian as:
"Non è necessario conoscere la lingua dei documenti contestati"
published: Associazone Grafologica Italiana [Italian Handwriting Association] )
**Attualità Grafologica**
Journal No. 99; April-June 2006; pp. 19, 20, 21, 22.

"A Case of Medication or Deception? The Process Server's Story"
(Three-page article concerning defective service in a traverse case.)
published: American Association of Handwriting Analysts' Journal
**International Handwriting Analysis Review**
Volume 2, No. 1; Winter 2003, pp. 45, 46, 47.

"The Criteria of Comparison between
Questioned and Known Documents"
(Two-page article published in Italian as:
"Criteri per il confronto tra scritture in accertamento e comparative"
published: Associazone Grafologica Italiana [Italian Handwriting Association] )
**Attualità Grafologica**
Journal No. 60; June-Sept. 1996; pp. 26, 27.

The following is a contract which will set the terms for the sale of The Emerald Conglomerate which is described in detail within the attached appraisal forms. The terms of this agreement assume that Larry Biegler is the sole owner of the Conglomerate and that Jewelry47 (Gil Weiss and Gary Weiss) and Jeff Downey are the brokers of the Conglomerate.

90% of the sale price of the Conglomerate will go to Larry Biegler and 10% will be split evenly between Jewelry47 and Jeff Downey. All expenses, including but not limited to the transport of the Conglomerate and the insurance of the Conglomerate, will be incurred by Larry Biegler as needed. The advertising expenses related to the Conglomerate, including but not limited to eBay fees, print advertising, and promotional events, will also be incurred by Larry Biegler, but may be subject to his approval.

Q1  Lary Biegler _____  Date 2/1/07

Jeff Downey _____  Date 6-2-07

Gil Weiss _____  Date _____

Gary Weiss _____  Date 6-6-07

2005-0035342

**RECORDING REQUESTED BY**
Mid Valley Title & Escrow Company

**AND WHEN RECORDED MAIL TO:**
FIRST SIX PROPERTIES, INC.
13908 COUTOLENC ROAD
MAGALIA, CA 95954

Recorded | REC FEE  10.00
Official Records | TAX  22.00
County of
Butte
CANDACE J. GRUBBS
County Clerk-Recorder

BW
09:00AM 21-Jun-2005 | Page 1 of 2

_____ Space Above This Line for Recorder's Use Only _____

A.P.N.: 064-070-010-000                                    File No.: 0402-1857453 (AMM)

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $ 22.00 ; CITY TRANSFER TAX $0.00;
SURVEY MONUMENT FEE $_____

[ X ]   computed on the consideration or full value of property conveyed, OR
[   ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ X ]   unincorporated area; [ ] City of , and
[ X ]   Exempt from transfer tax; Reason:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**LARRY BIEGLER AND ALYSIA BIEGLER, HUSBAND AND WIFE AS JOINT TENANTS**

hereby GRANT(s) to **FIRST SIX PROPERTIES, INC. A CALIFORNIA CORPORATION**

the following described property in the UNINCORPORATED AREA of , County of **Butte**, State of **California**:

**PARCEL I:**

**LOT 17 AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PARADISE PINES UNIT NO. 12", WHICH MAP WAS RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON MAY 13, 1971, IN BOOK 38 OF MAPS, AT PAGE(S) 24, 25, 26, AND 27.**

**EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES, WITH PROVISION THAT ANY AND ALL MINING OPERATIONS SHALL BE DONE FROM ORIFICES OUTSIDE THE SURFACE AREA OF THE LAND DESCRIBED HEREIN, AND THAT NO DAMAGE SHALL BE DONE TO THE SURFACE OF SAID LAND.**

**PARCEL II:**

**A NON-EXCLUSIVE EASEMENT OVER LOTS A AND B (THE COMMON AREA) OF SAID PARADISE PINES UNIT NO. 12 AND THE LOTS DESIGNATED FOR COMMON AND RECREATION AREAS AS DESCRIBED IN THE DECLARATION OF ANNEXATION FOR UNITS IV, VI, VIII, X, XI, XII, XIII AND XIV.**

Dated: __06/13/2005__

Mail Tax Statements To: **SAME AS ABOVE**

A.P.N.: 064-070-010-000         Grant Deed - continued         File No.: 0402-1857453 (AMM)
                                                               Date: 06/13/2005

**LARRY BIEGLER**                    **ALYSIA BIEGLER**

STATE OF California  )SS
COUNTY OF Butte      )

On 6-13-05, before me, A.M. Morrow, Notary, personally appeared Larry Biegler and Alysia Biegler, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature

My Commission Expires: 7-16-08

Notary Name: A. M. Morrow          Notary Phone: _____
Notary Registration Number: ____   County of Principal Place of Business: ____



A. M. MORROW
Comm. # 1500433
NOTARY PUBLIC - CALIFORNIA
Butte County
My Comm. Expires July 16, 2008



Page 2 of 2

Date: 10/15/07
This is to certify that, if bearing the purple seal of this office, this is a true copy of the document filed with the Butte County Clerk-Recorder's Office.
Candace J. Grubbs
Butte County Clerk-Recorder
By: _____, Deputy



2006-0053594

| | |
|---|---|
| Recorded<br>Official Records<br>County of<br>Butte<br>CANDACE J. GRUBBS<br>County Clerk-Recorder<br><br>09:00AM 12-Oct-2006 | REC FEE        10.00<br>TAX             352.00<br>PCOR-PRELIMINAR 20.00<br><br><br><br>CW<br>Page 1 of 2 |

**RECORDING REQUESTED BY**
Mid Valley Title & Escrow Company

**AND WHEN RECORDED MAIL TO:**
LARRY BIEGLER
P.O. BOX 2041
PARADISE, CA 95967

_Space Above This Line for Recorder's Use Only_

A.P.N.: 064-700-001-000

File No.: 0403-2425417 (AM)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $352.00
SURVEY MONUMENT FEE $

[ X ]  computed on the consideration or full value of property conveyed, OR
[   ]  computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ x ]  unincorporated area; [ ] City of , and

Change of Ownership Statement NOT Filed. (Sec. 480 R & T Code). Sent to mailing address on document.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **LARRY BIEGLER and ALYSIA BIEGLER, husband and wife as joint tenants**, and **WALLACE SCHWARTZ, an unmarried man and KATHERIN SCHWARTZ-KRAMER, an unmarried woman as joint tenants**

hereby GRANTS to **SHAYCO 94, INC, A CALIFORNIA CORPORATION**

the following described property in the UNINCORPORATED AREA of , County of **Butte**, State of **California**:

**LOT 108, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PARADISE PINES UNIT NO. 2", WHICH MAP WAS RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON JUNE 10, 1970, IN BOOK 35 OF MAPS, AT PAGE(S) 71, 72, 73, AND 74.**

**EXCEPTING THEREFROM ALL OF THE VALUABLE MINERALS, AND ALL OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES BENEATH THE SURFACE OF THE SAID LANDS WITH THE RIGHT TO MINE AND EXTRACT SAID MINERALS AND ALL OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES, IT BEING AGREED AND UNDERSTOOD THAT IN ALL OF THESE OPERATIONS, THE SURFACE OF SAID LANDS WILL BE PROTECTED AGAINST DAMAGE AND THAT ALL OPERATIONS RELATED THERETO SHALL BE CARRIED ON FROM TUNNELS, SHAFTS OR DRIFTS HAVING THEIR ORIFICES OUTSIDE OF THE SURFACE AREA OF THE ABOVE DESCRIBED PROPERTY.**

Dated: 10/04/2006

_(signed)_ LARRY BIEGLER

_(signed)_ ALYSIA BIEGLER

_(signed)_ WALLACE SCHWARTZ
by Cary Schwartz as
his attorney in fact

_(signed)_ KATHERINE SCHWARTZ-KRAMER
by Cary Schwartz as her
attorney in fact

Mail Tax Statements To: **SAME AS ABOVE**

A.P.N.: **064-700-001-000**    Grant Deed - continued    File No.:**0403-2425417**
(AM)
Date: **10/04/2006**

STATE OF ___California___ )SS
COUNTY OF ___Butte___ )

On ___10/6/06___, before me, ___Angela D. Mastelotto___,
Notary Public, personally appeared
___Larry Biegler, Alysia Biegler and Cary Schwartz___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_

My Commission Expires: _____

Notary Name: _____
Notary Registration Number: _____

ANGELA D. MASTELOTTO
Commission #1381124
Notary Public - California
Butte County
My Comm. Exp. OCT. 22, 2006

*This area for official notarial seal*

Notary Phone: _____
County of Principal Place of Business: _____



Page 2 of 2

Date: 10/15/07
This is to certify that, if bearing the purple seal of this office, this is a true copy of the document filed with the Butte County Clerk-Recorder's Office.
Candace J. Grubbs
Butte County Clerk-Recorder
By: _____, Deputy

