RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:
Fred Rodgers
13 9494 Carver Dr
Magalia ca 95954

---

Space Above This Line for Recorder's Use Only

A.P.N.: 064-510-015-000                                    File No.: 0403-2677721 (AM)

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $25.50; CITY TRANSFER TAX $0.00;
SURVEY MONUMENT FEE $

[ x ] computed on the consideration or full value of property conveyed, OR
[   ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[   ] unincorporated area; [ x ] City of MAGALIA, and
[   ] Exempt from transfer tax; Reason:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Larry Biegler and Alysia Biegler, husband and wife as joint tenants

hereby GRANT(s) to Fred A. Rodgers, a married man as his sole and separate property

the following described property in the City of MAGALIA, County of BUTTE, State of California:

PARCEL I:

LOT 271, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PARADISE PINES UNIT NO. 8," WHICH MAP WAS RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON OCTOBER 21, 1970, IN BOOK 38 OF MAPS, AT PAGES 1, 2, 3 AND 4.

CERTIFICATE OF CORRECTION WAS RECORDED DECEMBER 2, 1970, IN BOOK 1648, PAGE 5, OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES, WITHOUT, HOWEVER, THE RIGHT OF SURFACE ENTRY TO RECOVER SAME TO A DEPTH OF 100 FEET BELOW THE SURFACE OF SAID LAND IT BEING UNDERSTOOD AND AGREED THAT IN ALL EXTRACTING OPERATIONS, SUCH SHALL BE COMMENCED ON LANDS OTHER THAN THAT HEREINABOVE DESCRIBED.

PARCEL II:

A NON-EXCLUSIVE EASEMENT OVER LOT A (THE COMMON AREA) OF SAID PARADISE PINES UNIT NO. 8, AND THE LOTS DESIGNATED FOR COMMON AND RECREATION AREAS, AS DESCRIBED IN THE DECLARATION OF ANNEXATION FOR UNITS IV AND VI.

Dated: 05/04/2007

Mail Tax Statements To: SAME AS ABOVE

A.P.N.: **064-510-015-000**        Grant Deed - continued        File No.: **0403-2677721 (AM)**
                                                                 Date: **05/04/2007**

_____        _____
**Larry Biegler**                **Alysia Biegler**

STATE OF ____CA____ )SS
COUNTY OF __Butte__ )

On __May 4, 2007__, before me, __Heidi Gomez__,
Notary Public, personally appeared
__Larry Biegler and Alysia Biegler__, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

My Commission Expires: _____        *This area for official notarial seal*



HEIDI GOMEZ
Comm. #1714235
NOTARY PUBLIC CALIFORNIA
BUTTE COUNTY
My Commission Expires Feb. 2, 2011

Notary Name: _____        Notary Phone: _____
Notary Registration Number: _____     County of Principal Place of Business: _____



Date: _____
This is to certify that, if bearing the purple seal of this office, this is a true copy of the document filed with the Butte County Clerk-Recorder's Office.
Candace J. Grubbs
Butte County Clerk-Recorder
By: _____

Page 2 of 2

Date: 10/15/07

This is to certify that, if bearing the purple seal of this office, this is a true copy of the document filed with the Butte County Clerk-Recorder's Office.

Candace J. Grubbs
Butte County Clerk-Recorder
By: _____, Deputy



AT+T                     3/11/07

OK To Put in
Disk    5202244

for Bo   (K4)

876-0753