UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JEWELRY 47, INC.,                                 :

        Plaintiff,                              :         07 Civ. 8272 (PAC)

  - against -                                       :         ORDER

LARRY BIEGLER, ELOHIM FINANCIAL, and    :
DIONE TILLMAN,
                                      :

        Defendants.
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2007

HONORABLE PAUL A. CROTTY, United States District Judge:

On December 5, 2007 in open court, the Court ordered the dismissal of this action for want of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). The Clerk of the Court is directed to close out this case. See the December 5, 2007 transcript for the complete holding.

Dated: New York, New York
       December 5, 2007

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge